FILED by KS D.C.

Feb 16, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **22-20055-CR-GRAHAM/MCALILEY**

18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)

UNITED STATES OF AMERICA

vs.

VANESSA WRIGHT,

      Defendant.
_____/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
(Use of an Unauthorized Access Device - 18 U.S.C. § 1029(a)(2))

On or about May 10, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**VANESSA WRIGHT,**

did knowingly, and with the intent to defraud, use an unauthorized access device, that is, a Capital One credit card account number ending in 0020 linked to the credit account of an individual whose initials are S.F., and by such conduct did, during any one-year period, obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 2
(Aggravated Identity Theft - 18 U.S.C. § 1028A(a)(1))

On or about May 10, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**VANESSA WRIGHT,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, access device fraud, as charged in Count 1 of this Indictment, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, a Capital One credit card account number ending in 0020 linked to the credit account of an individual whose initials are S.F., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### COUNT 3
(Use of an Unauthorized Access Device - 18 U.S.C. § 1029(a)(2))

From on or about June 19, 2021, through on or about June 21, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**VANESSA WRIGHT,**

did knowingly, and with the intent to defraud, use an unauthorized access device, that is, a Capital One credit card account number ending in 6349 linked to the credit account of an individual whose initials are S.F., and by such conduct did, during any one-year period, obtain anything of value aggregating $1,000 or more during that period, said conduct, affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

### COUNT 4
(Aggravated Identity Theft - 18 U.S.C. § 1028A(a)(1))

From on or about June 19, 2021, through on or about June 21, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**VANESSA WRIGHT,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, access device fraud, as charged in Count 3 of this Indictment, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, a

Capital One credit card account number ending in 6349 linked to the credit account of an individual whose initials are S.F., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 5
(Use of an Unauthorized Access Device - 18 U.S.C. § 1029(a)(2))

From on or about June 26, 2021, through on or about June 28, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**VANESSA WRIGHT,**

did knowingly, and with the intent to defraud, use an unauthorized access device, that is, a Capital One credit card account number ending in 5240 linked to the credit account of an individual whose initials are S.F., and by such conduct did, during any one-year period, obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 6
(Aggravated Identity Theft - 18 U.S.C. § 1028A(a)(1))

From on or about June 26, 2021, through on or about June 28, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**VANESSA WRIGHT,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, access device fraud, as charged in Count 5 of this Indictment, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, a Capital One credit card account number ending in 5240 linked to the credit account of an individual whose initials are S.F., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**COUNT 7**
(Use of an Unauthorized Access Device - 18 U.S.C. § 1029(a)(2))

On or about July 20, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**VANESSA WRIGHT,**

did knowingly, and with the intent to defraud, use an unauthorized access device, that is, Capital One credit card account number ending in 4755 linked to the credit account of an individual whose initials are S.F., and by such conduct did, during any one-year period, obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

[Remainder of page left intentionally blank.]

## COUNT 8
(Aggravated Identity Theft - 18 U.S.C. § 1028A(a)(1))

On or about July 20, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**VANESSA WRIGHT,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, access device fraud, as charged in Count 7 of this Indictment, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, a Capital One credit card account number ending in 4755 linked to the credit account of an individual whose initials are S.F., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
CHRISTOPHER A. McCLENIC
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

VANESSA WRIGHT,

_____Defendant._____/

CASE NO._____

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)    [ ] Yes    [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect **English**
4. This case will take **3** days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      [✓]
   - II   6 to 10 days     [ ]
   - III  11 to 20 days    [ ]
   - IV   21 to 60 days    [ ]
   - V    61 days and over [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No** .
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

*(signature)*
CHRISTOPHER A. McCLENIC
Special Assistant United States Attorney
Court ID No.    A5502599

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** VANESSA WRIGHT          **Case No:** _____

Counts: 1, 3, 5 & 7

Use of Unauthorized Access Devices

18 U.S.C. § 1029(a)(2)

* **Max. Penalty:** Ten (10) years' imprisonment; three (3) years' supervised release; $250,000 fine.

Counts: 2, 4, 6 & 8

Aggravated Identity Theft

18 U.S.C. § 1028A(a)(1)

***Max. Penalty:** Mandatory minimum two (2) years' imprisonment consecutive to any other term of imprisonment; one (1) year supervised release; $250,000 fine.

Count:

_____

**\*Max. Penalty:**

Count:

_____

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.